UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS

| | |
|---|---|
| Teill Reynolds,<br><br>Plaintiff,<br><br>vs.<br><br>Arthur D. Perez, Jr. et al,<br><br>Defendants. | Case No. 26-3074-JWL<br><br>NOTICE TO PLAINTIFF |

IT IS HEREBY ORDERED AT THE DIRECTION OF HONORABLE JOHN W. LUNGSTRUM, United States District Judge:

Your Complaint has been received, but it is deficient for the reason(s) below:

FINANCIAL INFORMATION REQUIRED BY FEDERAL LAW TO SUPPORT YOUR MOTION TO PROCEED WITHOUT FEES HAS EITHER NOT BEEN SUBMITTED OR DOES NOT COMPLY. See 28 U.S.C. § 1915(a)(2) (A prisoner seeking to bring a civil action without prepayment of fees shall submit a certified copy of the trust fund account statement (or institutional equivalent) for the prisoner for the 6-month period immediately preceding the filing of the complaint.) You must submit your account statement for the appropriate six-month period.

COMPLAINT IS NOT UPON COURT-APPROVED FORMS. See D.Kan. Rule 9.1(a). Forms are enclosed and you must re-submit your complaint upon these forms.

You are required to correct the foregoing deficiencies within thirty (30) days of the date of this Notice. If you fail to comply within the prescribed time, the Judge presiding over your case

will be notified of your non-compliance, and this action may be dismissed without further notice for failure to comply with this court order.

**IT IS THEREFORE BY THE COURT ORDERED** that the PLAINTIFF is granted until April 29, 2026 in which to correct the foregoing deficiencies or this action may be dismissed without prejudice and without further notice.

**IT IS SO ORDERED** on Monday, March 30, 2026.

Skyler B. O'Hara
Clerk of the Court
by J. Lolley, Deputy Clerk