**FILED**
**U.S. District Court**
**District of Kansas**
04/16/2026
**Clerk, U.S. District Court**
**By: SND Deputy Clerk**

PRINT     RESET

TEILL REYNOLDS
_____
Name

_____

P.O. BOX 2 LANSING KS 66043
_____
Address

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

TEILL S. REYNOLDS_____, Plaintiff
(Full Name)

V.

AUTHER D. PEREZ CPT
ENOCH A. BAIDOO COI____, Defendant (s)

CASE NO. __26-3074-JWL__
(To be supplied by the Clerk)

CIVIL RIGHTS COMPLAINT
PURSUANT TO 42 U.S.C.
§1983

### A. JURISDICTION

1) __TEILL REYNOLDS_____, is a citizen of __LANSING KS__
   (Plaintiff)                                    (State)

   who presently resides at __P.O. BOX 2 LANSING KS 66043__

   __LANSING CORRECTIONAL FACILITY__ (Mailing address or place
   of confinement.)

2) Defendant __PEREZ,_____ is a citizen of
   (Name of first defendant)

   __LANSING KANSAS_____, and is employed as
   (City, State)

   __CAPTIN,_____ _____. At the time the
   (Position and title, if any)

   claim(s) alleged in this complaint arose, was this defendant acting under the color of state

   law? Yes [X] No [ ]. If your answer is "Yes", briefly explain:

   ALL THERE OFFICER WERE ON DUTY AND CAPTIN WAS IN CAPTIN
   OFFICE ~~AND BADIOO WAS WORKING VISITATION WITH THE WHIET EUROPEN~~
   OFFICER

XE-2 8/82                    CIVIL RIGHTS COMPLAINT §1983                    1

3) Defendant _____ BAIDOO, _____ is a citizen of
(Name of second defendant)

___ LANSING KS _____, and is employed as
(City, state)

_____ COI _____. At the time the
(Position and title, if any)

claim (s) alleged in this complaint arose was this defendant acting under the color of state

law? Yes ☒ No ☐ . If your answer is "Yes", briefly explain:

ALL THREE OFFICERS WERE ON DUTY AND CAPTION WAS IN CAPTION OFFICE
AND BADIOO WAS WORKING VISITATION WITH THE WHITE EUROPEION OFFICER.

(Use the additional pages to furnish the above information for additional defendants.)

4) Jurisdiction is invoked pursuant to 28 U.S.C. §1331; 42 U.S.C. §1983. (If you wish to

assert jurisdiction under different or additional statutes, you may list them below.)
ADA TITLE II 42 U.S.C 12132 12131 (1)(A)(b)

## B. NATURE OF THE CASE

1) Briefly state the background of your case:

ADA COMPLAINT OF DISIBILITY DISCRIMINATION  I WAS
DISCRIMINATED AGAINST BECAUSE OF MY MEDICAL CONDICTION AND
MY SHOES THAT I WEAR BECAUSE OF MY DISABILITY AND I WAS
DENIED THE ABILITY TO PERTISIPATE IN FACILITY VISIT WITH MY
FATHER. KDOC FAILED TO MAKE ACCOMIDATION FOR MY DISABILITY.

C. CAUSE OF ACTION

1) I allege that the following of my constitutional rights, privileges or immunities have been

violated and that the following facts form the basis for my allegations: (If necessary you

may attach up to two additional pages (8.5" x 11") to explain any allegation or to list

additional supporting facts.)

A) (1) Count I: ___THE DEFENDANTS VIOLATED THE PLAINFIFFS FIRST
AMENDMENT RIGHT TO VISITATION THAT VIOLATED TITLE II OF ADA.___

(2) Supporting Facts: (Include all facts you consider important, including names of

persons involved, places and dates. Describe exactly how each defendant is involved.

State the facts clearly in your own words without citing legal authority or argument.):
ON DECEMBER 20,2025, i waw denied visitation by caption perez, and
white europien, and Baidoo, they discriminated against me because
of my medical shoes and my foot condiction, they were previded with
my medical documentation and authriziation to have my medical shoes
caption perez said i made up the fake documentation and stated he
will call the clinic he had officer shimi, and zelk search my room
for other shoes and boots she explained tht he is in compliance with
shoes and boots and he does not have any more shoes or boots. the
clinic advised the caption that i do have a medical condiction with my
feet. The caption called zelk, and shima back and told them that the
clinic acknowledged my foot condiction  and he denied my visit any way.

B) (1) Count II: ___THE DEFENDANTS DISCRIMINATED AGAINST PLAINTIFF MEDICAL
CONDICTION WITH INTENTIONALLY INFLICTION OF EMOTIONAL DISTRESS.OF
TITLE III___

(2) Supporting Facts: ___REYNOLDS DOCUMENTATION OF HIS POLEX SHOWING
HE WAS APPROVED AND IN COMPLIANCE WITH KDOC___

XE-2 8/82              CIVIL RIGHTS COMPLAINT §1983                3

C) (1) Count III: __THE DEFENDANTS VIOLATED PLAINTIFF EIGHTH AMEENDMENT__
RIGHT UNDER TITLE II OF DISCRIMINATION OF PLAINTIFFS DISABILITY THAT
WAS NEGLIGENT, INFLICTION OF EMOTIONAL DISTRESS.

(2) Supporting Facts: __KDOC AUTHRIZING PLAINTIFF TO ORDER HIS__
SHOES FROM OUTSIDE SOURSE.

## D. PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF

1) Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to the conditions of your imprisonment? Yes ☐ No ☒ . If your answer if "Yes", describe each lawsuit. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

a) Parties to previous lawsuit:

Plaintiffs: _____

Defendants: _____

b) Name of court and docket number _____

c) Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____

d) Issues raised _____

XE-2 8/82                    CIVIL RIGHTS COMPLAINT §1983                    4

e) Approximate date of filing lawsuit _____

f) Approximate date of disposition _____

1) I have previously sought informal or formal relief from the appropriate administrative

officials regarding the acts complained of in Part C Yes ☒ No ☐ . If your answer is

"Yes", briefly describe how relief was sought and the results. If you answer is "No",

briefly explain why administrative relief was not sought.

I FILED A ADA COMPLAINT WITH ALL CENTURION OFFICIALS
THROUGH U.S. MAIL _____

_____

_____

_____

2) REQUEST FOR RELIEF

1) I believe that I am entitled to the following relief:

ALL OFFICER SHOULD BE FIRED FOR THEIR MISCONDUCT AND MISTREATMENT
OF THEIR INMATE AND DAMAGES AWARDING $6,000,000 for copensatory damage
and $500,000 for emotional damage.

_____

_____

_____

_____  #200007338 6

Teill Reynolds
_____        _____
Signature of Attorney (if any)                    Signature of Plaintiff

_____        _____

_____

_____
(Attorney's full address and telephone number)

XE-2 8/82                    CIVIL RIGHTS COMPLAINT §1983