**FILED**
**U.S. District Court**
**District of Kansas**
06/15/2026
**Clerk, U.S. District Court**
**By:** SND **Deputy Clerk**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

TEILL REYNOLDS,

      **Plaintiff,**

      v.                                                    CASE NO.  26-3074-JWL

ARTHUR D. PEREZ, JR., et al.,

      **Defendants.**


**<u>MEMORANDUM AND ORDER</u>**

On March 30, 2026, Plaintiff and Kansas prisoner Teill Reynolds began this case by filing a complaint (Doc. 1) and a motion for leave to proceed in forma pauperis (Doc. 2). Plaintiff was initially unable to provide the current financial information, but after he provided additional information, United States Magistrate Judge James P. O'Hara provisionally granted Plaintiff leave to proceed in forma pauperis. (*See* Doc. 6, p. 1-2.) Judge O'Hara advised Plaintiff that he "must, however, continue his attempts to obtain an account statement for the appropriate six-month period and he must submit the proper account statement as soon as he is able to do so, at which time an initial partial filing fee may be calculated and assessed." *Id.* at 2. Judge O'Hara also identified certain deficiencies in the complaint and granted Plaintiff time in which to either show cause why parts of the complaint should not be dismissed or file an amended complaint that cured the deficiencies. *Id.* at 5-10.

Plaintiff timely filed an amended complaint (Doc. 8), which the Court reviewed under the applicable screening standards. On May 8, 2026, the Court granted Plaintiff until June 9, 2026 to show cause, in writing, why Count III of the amended complaint and his requests for monetary relief should not be dismissed. (Doc. 9.) On May 22, 2026, Plaintiff filed documents that appear

1

to be a modified version of his amended complaint. (Doc. 10.) On June 8, 2026, Plaintiff filed an individual account statement that reflects the average total daily balance in his inmate accounts for the months of November 2025 through April 2026, as well as the available balance as of March 31, 2026. (Docs. 11 and 11-1.) The statement was signed and certified as correct on May 11, 2026 by an individual who holds the position "Accountant II" with the Kansas Department of Corrections. (Doc. 11-1.)

The information in the account statement reflects that Plaintiff is financially able to pay the full $405.00 filing fee for this matter. In a letter submitted with the statement, however, Plaintiff asserts that the account statement is "not done right," that he does not "have this amount in [his] bank account," and that "this statement is 'fraud.'" (Doc. 11, p. 1.) The Court recognizes that the format of the account statement is different than previous formats; it gives a total average balance for an inmate's cash account, forced savings account, and mandatory savings account, whereas account statements in the past have provided separate average balances for each account. But Plaintiff provides no support for or specifics about his assertion that he does not actually have the indicated balances in his accounts or that the statement is fraudulent.

The Court therefore will grant Plaintiff time in which to either pay the full $405.00 filing fee or to submit a written response to this order that more specifically details Plaintiff's allegation that the certified inmate account statement is incorrect. The Court also defers ruling on whether to dismiss Count III of the amended complaint and Plaintiff's requests for monetary relief, as addressed in the May 8, 2026 memorandum and order to show cause, until the question of the filing fee is resolved.

If Plaintiff timely submits a written response to this order, the Court will consider the response, decide whether to rescind the provisional granting of leave to proceed in forma pauperis,

and issue further orders as necessary. If Plaintiff timely pays the $405.00 filing fee, this case will proceed and the Court will issue further orders regarding the dismissal of Count III of the amended complaint and Plaintiff's requests in the amended complaint for monetary relief. If Plaintiff neither pays the full filing fee nor submits a written response to this order by the deadline, this case will be dismissed for failure to comply with a court order and without further prior notice to Plaintiff.

**IT IS THEREFORE ORDERED BY THE COURT** that Plaintiff is granted until **July 16, 2026,** in which to either (1) pay the full $405.00 filing fee or (2) submit a written response to this order providing additional details and support for his allegations that the inmate account statement (Doc. 11-1) is incorrect and fraudulent. If Plaintiff fails to timely comply with this order, this matter may be dismissed without prejudice and without further prior notice to him.

**IT IS SO ORDERED**.

Dated June 15, 2026, in Kansas City, Kansas.

<u>S/ John W. Lungstrum</u>
**JOHN W. LUNGSTRUM**
**UNITED STATES DISTRICT JUDGE**