FILED
U.S. District Court
District of Kansas
07/14/2026
Clerk, U.S. District Court
By: SND Deputy Clerk

IN The United States District Court For The District of Kansas

Terril Reynolds
Plaintiff
V

Case # 26-3074-JWL

Arthur D. PEREZ Jr et al
Defendant

Letter to Court For Continous place

The Kansas Department of Correction has the Invoice For Sending the $ 405.00 they are Still having Issue with Banking here with the NE Athena System it Been Sent to Inmate Banking on July 9, 2026 and they Said it's Being Resolved So I am asking For a Continous Because I have No Control over this I Started this Process on 6/25/26 as you See Thank you

INMATE REQUEST TO STAFF MEMBER

To: Unit team
(Name and Title of Officer or Department)

Date: 7/13/26

Unit Team, Detail, or Cellhouse Officer's Signature

**To be retained by inmate**

**Form 9**
For Cellhouse Transfer
Work Assignment
Interview Requests

Reynolds
**Last Name Only**

**KANSAS DEPARTMENT OF CORRECTIONS**

2000073386
**Number**

## INMATE REQUEST TO STAFF MEMBER

**To:** Unit team **Date:** 7/13/26
**(Name and Title of Officer or Department)**
**State completely but briefly the problem on which you desire assistance. (Be specific.)**

Has the $405.00 Been taken off ~~to~~ pay the U.S. District Court they Stated it was done 6/25/26, But I have not Received anything from the Court Stating it was paid I only have to July 16, 2026 to have this done I NEED a IMMEdiate Response

Work Assignment: Coed tutor Living Unit Assignment: B2201

Comment: Detail or C.H. Officer:

Disposition: 7/13/26 CIB working on it
6/25/26 CIB kicked because of NO
address. being resubmit 7/13/26

To: Date:
(Name & Number)

Disposition:

Employee's Signature

**To be returned to inmate.**

**P-0009**

CIB / Accounting

INMATE REQUEST TO STAFF MEMBER

To: [illegible] Date: 7/7/26

(Name and Title of Officer or Department)

Unit Team, Detail, or Cellhouse Officer's Signature

**To be retained by inmate**

**Form 9**
For Cellhouse Transfer
Work Assignment
Interview Requests

Reynolds
**Last Name Only**

**KANSAS DEPARTMENT OF CORRECTIONS**

2000073386
**Number**

## INMATE REQUEST TO STAFF MEMBER

**To:** CIB / Accounting **Date:** 7/7/26
**(Name and Title of Officer or Department)**
**State completely but briefly the problem on which you desire assistance. (Be specific.)**

ON 6/25/26 I Sent a AWR With INVoice to Pay $405.00 to U.S. District Court. The Money has Not been Taken OFF My account and paid to the Court I Need this Done ASAP.

Work Assignment: Ged Tutor Living Unit Assignment: B2-208
Comment: Detail or C.H. Officer: LMG CCI

Disposition:

RECEIVED
JUL 07 2026
Lansing Correctional Facility
Business Manager

To: REYNOLDS Date: 7/7/26
(Name & Number)

Disposition: THIS HAS BEEN SENT TO CIB.

Employee's Signature

**To be returned to inmate.**

**P-0009**