**FILED**
**U.S. District Court**
**District of Kansas**
07/17/2026
**Clerk, U.S. District Court**
By: SND Deputy Clerk

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS**

TEILL REYNOLDS,

      **Plaintiff,**

      v.                         **CASE NO.  26-3074-JWL**

ARTHUR D. PEREZ, JR., et al.,

      **Defendants.**

## MEMORANDUM AND ORDER

On March 30, 2026, Plaintiff and Kansas prisoner Teill Reynolds began this case by filing a complaint (Doc. 1) and a motion for leave to proceed in forma pauperis (Doc. 2). Plaintiff was initially unable to provide the current financial information, but after he provided additional information, United States Magistrate Judge James P. O'Hara provisionally granted Plaintiff leave to proceed in forma pauperis with the provision that he continue his attempts to obtain the required account statement. (*See* Doc. 6, p. 1-2.)

The currently operative pleading in this case is the amended complaint (Doc. 8), which the Court reviewed under the applicable screening standards. On May 8, 2026, the Court granted Plaintiff until June 9, 2026 to show cause, in writing, why Count III of the amended complaint and his requests for monetary relief should not be dismissed. (Doc. 9.) Instead of filing a written response, Plaintiff filed documents that appear to be a modified version of his amended complaint; in other words, an unauthorized second amended complaint. (Doc. 10.)

On June 8, 2026, Plaintiff filed the inmate account statement required to support his proceeding in forma pauperis. (Docs. 11 and 11-1.) It reflected that Plaintiff is financially able to pay the full $405.00 filing fee for this matter. In a letter submitted with the statement, however,

Plaintiff asserted that the account statement is "not done right," that he does not "have this amount in [his] bank account," and that "this statement is 'fraud.'" (Doc. 11, p. 1.)

On June 15, 2026, the Court issued an order granting Plaintiff until July 16, 2026 to either pay the full filing fee or submit a written response more specifically explaining his allegation that the certified inmate account statement is incorrect. (Doc. 12.) The Court also deferred ruling on whether to dismiss portions of the amended complaint until the filing fee is paid. In a response filed July 14, 2026, Plaintiff advises that he has initiated the process to pay the full filing fee from his inmate account. (Doc. 13.) He therefore asks for a continuance of this case, noting he cannot control how long inmate banking takes to forward the filing fee to the Court. *Id.* The Court agrees that this case should not be dismissed at this time. Instead, the Court will grant additional time for payment of the filing fee. Once the filing fee is received, the Court will determine what, if any, portions of the amended complaint must be dismissed. If the filing fee has not been received by September 1, 2026, the Court will issue further orders as necessary.

**IT IS THEREFORE ORDERED BY THE COURT** that no further action will occur in this case until September 1, 2026 or the full filing fee is paid, whichever comes first. When the Court receives the filing fee or the deadline passes, the Court will return to this case and issue further orders as necessary.

**IT IS SO ORDERED**.

Dated July 17, 2026, in Kansas City, Kansas.

**S/ John W. Lungstrum**
**JOHN W. LUNGSTRUM**
**UNITED STATES DISTRICT JUDGE**

2