**FILED**
**U.S. District Court**
**District of Kansas**
09/28/2026
**Clerk, U.S. District Court**
**By: SND Deputy Clerk**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

**TEILL REYNOLDS,**

**Plaintiff,**

**v.** **CASE NO. 26-3074-JWL**

**ARTHUR D. PEREZ, JR., et al.,**

**Defendants.**

## SERVICE ORDER

This matter is a civil rights action filed by a prisoner in the custody of the Secretary of the Kansas Department of Corrections ("KDOC"). The Court has conducted a preliminary review of the Amended Complaint and finds a responsive pleading is necessary. The sole remaining defendant is Arthur D. Perez, Jr. The Court has dismissed Count III of the Amended Complaint (*see* Doc. 20) and this matter proceeds only on Counts I and II.

**IT IS ORDERED** that:

The Clerk of the Court shall notify the Kansas Attorney General ("AG") and the KDOC of this Service Order. The Court requests that Defendant waive formal service of process.

The AG and/or the KDOC shall have **thirty (30) days** from entry of this Service Order to file a Waiver of Service Executed and/or a Waiver of Service Unexecuted. Upon the electronic filing of the Waiver of Service Executed, Defendants shall have **sixty (60) days** to file an answer or other responsive pleading. Any answer deadline set forth in the docket entry for the waiver of service is not controlling.

In those cases where a Waiver of Service Unexecuted is filed, the KDOC shall have **ten (10) days** from the filing of the Waiver of Service Unexecuted, to supply the Clerk of Court with the last known forwarding addresses for former employees, said addresses to be placed under seal and used

only for the purpose of attempting to effect service of process. The KDOC shall use the event "SEALED Notice of Last Known Addresses of KDOC Employees" to submit the sealed addresses to the Court.

Copies of this Service Order shall be transmitted to the AG and the KDOC.

**IT IS SO ORDERED.**

Dated September 28, 2026 at Kansas City, Kansas.

**S/ John W. Lungstrum**
**JOHN W. LUNGSTRUM**
**UNITED STATES DISTRICT JUDGE**